FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORETTA T., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendants. | NO: 2:17-CV-240-RMP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is United States Magistrate Judge Mary K. Dimke's July 3, 2018, Report and Recommendation, ECF No. 18, to grant in part Plaintiff Loretta T.'s motion for summary judgment, ECF No. 15, and to deny Defendant Commissioner of Social Security's (the "Commissioner's") cross-motion for summary judgment, ECF No. 16.  Objections were due on or before July 17, 2018, and neither party objected to the Report and Recommendation.

Having reviewed the July 3, 2018, Report and Recommendation, and there being no objections, the Court **ADOPTS** Judge Dimke's Report and Recommendation, **ECF No. 18**, in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Magistrate Judge's Report and Recommendation, **ECF No. 18**, is **ADOPTED in its entirety**.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 15**, is **GRANTED IN PART**. Consistent with the analysis of the Report and Recommendation, the Court denies Plaintiff's request for an immediate award of benefits.

3. Defendant's Motion for Summary Judgement, **ECF No. 16**, is **DENIED**.

4. This matter is **REVERSED** and **REMANDED** to the Commissioner for additional proceedings consistent with this Order and the adopted Report and Recommendation, ECF No. 18.

5. Judgment shall be entered for Plaintiff.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order, enter judgment for Plaintiff, provide copies to counsel, and **close this case**.

**DATED** August 1, 2018.

>    *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> United States District Judge